THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
V. E. GRAHAM & Co., INC., et al., Respondents.

(Submitted December 6, 1935; decided January 8, 1936.)

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon, Ambrose V. McCall* and *John F. X. McGohey* of counsel), for appellant.

No appearance for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.